9-22-21   J-Pod Cell 211

To United States District Court
From: Carvis Johnson #109384



I'm writing yall about Me trying to get all the Claims to the Case Civil Action No 3:21-CV-88-KHJ-MTP will yall please give Me all the Copy to them 3 Claims Cuz The officer woman Edward threw all My legal Mail away 2 Months ago all the Copy to all My Claims in legal paper work They Threw all My property away I wrote yall 2 months ago letting yall Know that this officer Edward threw all My property in all My legal Mail away when they Move Me to another unit zone So I asking in begging yall please will yall send Me all the Copy to them Claims to Case Number 3:21-CV-88-KHJ-MTP if yall dont Mind I ask yall Cuz I need it Cuz I dont have My Copy noMore they threw all My paper work away thanks for your time

Carvis Johnson #109384    J-Pod Cell 211
9-22-21