UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CARVIS LAMAR JOHNSON                                                     PLAINTIFF

V.                                         CIVIL ACTION NO. 3:21-CV-88-KHJ-MTP

CARRIE WILLIAMS, et al.                                                 DEFENDANTS

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court adopts the [46] Report and Recommendation of United States Magistrate Judge Michael T. Parker.

IT IS ORDERED AND ADJUDGED, that this case is DISMISSED without prejudice.

SO ORDERED, this the 27th day of March, 2023.

                                                s/ *Kristi H. Johnson*
                                                UNITED STATES DISTRICT JUDGE