To: Judge Ball                    Carvis Johnson
                                      #109384
U.S.D.C. Southern District. No. 3:20CV09-KHJ-FKB
U.S.D.C. Southern District No. 3:21CV88-KHJ-MTP

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 06 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

I'm writing you about a settlement for a 2,000.00. that was mail to this person I'm in E.M.C.F. on May 2 this year the officers suppose to deposited on my account its be 6 Months aint no money is on my account I call Premier were all inmates my in a inmate account the said E.M.C.F. aint sent them no 2,000.00 check to them I can not cash a check in prison so were is my money I got a copy of this check I'm gone do a lawsuit on this cuz they took my 2,000.00 check in the aint deposited on my account like the Attorney Mitchell said on this paper will you see were my money at cuz I need a 1983 form cuz I told the Court that these people were gone take my money away from me I got my 28,000.00 deposited but not the 2,000.00 dollar check please help get my money

Carvis Johnson #109384
10-3-23