# EAST MISS. CCF
## Resident Activity Report

| | | | | |
|---|---|---|---|---|
| Resident Id: | 0109384 | | Run Date: | 07/20/2023 |
| Full Name: | JOHNSON, CARVIS LAMAR | | From: | 06/01/2023 |
| Housing: | EAST MISS. CCF, EMCF UNIT 5, POD A, BED 106L | | To: | 07/20/2023 |

### Beginning Balances

| Account | Balance | Debt |
|---|---|---|
| Damage Property | $0.00 | $0.00 |
| Excess Phone Use | $0.00 | -$5.00 |
| Federal Court | $0.00 | $0.00 |
| Federal Court Initial Partial | $0.00 | $0.00 |
| Hold | $26859.85 | $0.00 |
| ID Cards | $0.00 | $0.00 |
| Legal Postage | $0.00 | $0.00 |
| Medical | $0.00 | $0.00 |
| Trust | $0.00 | $0.00 |
| Wilkinson Legal Postage | $0.00 | $0.00 |
| | $26859.85 | -$5.00 |

### Ending Balances

| Account | Balance | Debt |
|---|---|---|
| Damage Property | $0.00 | $0.00 |
| Excess Phone Use | $0.00 | -$5.00 |
| Federal Court | $0.00 | $0.00 |
| Federal Court Initial Partial | $0.00 | $0.00 |
| Hold | $0.00 | $0.00 |
| ID Cards | $0.00 | $0.00 |
| Legal Postage | $0.00 | $0.00 |
| Medical | $0.00 | $0.00 |
| Trust | $26376.21 | $0.00 |
| Wilkinson Legal Postage | $0.00 | $0.00 |
| | $26376.21 | -$5.00 |

### Activity

| Task # | Date | Type | Comment | Entry # | Amount | Balance | Debt |
|---|---|---|---|---|---|---|---|
| 6867568 | 06/01/2023 12:46:01 | Commissary Group Removal | | | $0.00 | $26859.85 | -$5.00 |
| 6878388 | 06/05/2023 15:45:21 | Transfer Funds - From Hold | INMATE BANKING HOLD RELEASE | | -$26859.85 | $0.00 / -$26859.85 | -$5.00 / $0.00 |
| 6878388 | 06/05/2023 15:45:21 | Transfer Funds - To Trust | INMATE BANKING HOLD RELEASE | | $26859.85 | $26859.85 / $26859.85 | -$5.00 / $0.00 |
| 6882200 | 06/06/2023 10:38:11 | Group Withdrawal Damage Property | DAMAGE PROPERTY 05/2023 | 30913 | -$20.19 | $26859.85 / $0.00 | -$5.00 / $0.00 |
| 6882331 | 06/06/2023 11:12:47 | Group Withdrawal ID Cards | ID CARDS 05/2023 | 30917 | -$3.00 | $26859.85 / $0.00 | -$5.00 / $0.00 |
| 6882338 | 06/06/2023 11:15:16 | Group Withdrawal | LEGAL POSTAGE 05/2023 | 30918 | -$11.40 | $26859.85 | -$5.00 |

Activity

| Task # | Date | Type | Comment | Entry # | Amount | Balance | Debt |
|---|---|---|---|---|---|---|---|
| | | *Legal Postage* | | | | *$0.00* | *$0.00* |
| 6882382 | 06/06/2023 11:24:35 | Group Withdrawal | MEDICAL 05/2023 | 30921 | -$36.00 | $26859.85 | -$5.00 |
| | | *Medical* | | | | *$0.00* | *$0.00* |
| 6882426 | 06/06/2023 11:32:22 | Group Withdrawal | LEGAL POSTAGE 05/2023 | 30923 | -$1.06 | $26859.85 | -$5.00 |
| | | *Wilkinson Legal Postage* | | | | *$0.00* | *$0.00* |
| 6889100 | 06/06/2023 23:26:45 | Sale | Debit Sale | | -$124.37 | $26735.48 | -$5.00 |
| | | *Trust* | | | | *-$124.37* | *$0.00* |
| 6896972 | 06/09/2023 09:03:46 | Group Withdrawal | FEDERAL COURT INTIAL PARTIAL | 30982 | -$1.50 | $26735.48 | -$5.00 |
| | | *Federal Court Initial Partial* | | | | *$0.00* | *$0.00* |
| 6896990 | 06/09/2023 09:23:16 | Group Withdrawal | FEDERAL COURT | 30984 | -$1050.00 | $26735.48 | -$5.00 |
| | | *Federal Court* | | | | *$0.00* | *$0.00* |
| 6913899 | 06/13/2023 23:22:59 | Sale | Debit Sale | | -$31.98 | $26703.50 | -$5.00 |
| | | *Trust* | | | | *-$31.98* | *$0.00* |
| 6933410 | 06/20/2023 07:51:32 | Sale | Debit Sale | | -$99.87 | $26603.63 | -$5.00 |
| | | *Trust* | | | | *-$99.87* | *$0.00* |
| 6935503 | 06/20/2023 21:33:42 | Transfer Other Funds | ViaPath Phone | | -$20.00 | $26583.63 | -$5.00 |
| | | *Trust* | | | | *-$20.00* | *$0.00* |
| 6935505 | 06/20/2023 21:33:51 | Transfer Other Funds | ViaPath Phone | | -$20.00 | $26563.63 | -$5.00 |
| | | *Trust* | | | | *-$20.00* | *$0.00* |
| 6935614 | 06/20/2023 22:00:31 | Change Housing | Automated Housing Change | | $0.00 | $26563.63 | -$5.00 |
| 6939628 | 06/20/2023 23:14:39 | Sale | Debit Sale | | -$55.28 | $26508.35 | -$5.00 |
| | | *Trust* | | | | *-$55.28* | *$0.00* |
| 6945540 | 06/22/2023 10:17:29 | Commissary Group Assignment | | | $0.00 | $26508.35 | -$5.00 |
| 6945543 | 06/22/2023 10:18:10 | Commissary Group Removal | | | $0.00 | $26508.35 | -$5.00 |
| 6947606 | 06/23/2023 10:16:41 | Sale | Credit Sale | | $2.73 | $26511.08 | -$5.00 |
| | | *Trust* | | | | *$2.73* | *$0.00* |

Activity

| Task # | Date | Type | Comment | Entry # | Amount | Balance | Debt |
|---|---|---|---|---|---|---|---|
| 6957543 | 06/27/2023 07:22:18 | Sale | Debit Sale | | -$41.52 | $26469.56 | -$5.00 |
| | | *Trust* | | | | *-$41.52* | *$0.00* |
| 6965193 | 06/28/2023 06:28:11 | Commissary Group Assignment | | | $0.00 | $26469.56 | -$5.00 |
| 6972502 | 06/29/2023 22:00:53 | Change Housing | Automated Housing Change | | $0.00 | $26469.56 | -$5.00 |
| 6974282 | 06/30/2023 10:48:13 | Sale | Credit Sale | | $1.65 | $26471.21 | -$5.00 |
| | | *Trust* | | | | *$1.65* | *$0.00* |
| 6978898 | 07/02/2023 09:25:26 | Transfer Other Funds | ViaPath Phone | | -$25.00 | $26446.21 | -$5.00 |
| | | *Trust* | | | | *-$25.00* | *$0.00* |
| 6978899 | 07/02/2023 09:25:56 | Transfer Other Funds | ViaPath Phone | | -$10.00 | $26436.21 | -$5.00 |
| | | *Trust* | | | | *-$10.00* | *$0.00* |
| 6988485 | 07/04/2023 22:02:47 | Sale | Debit Sale | | $0.00 | $26436.21 | -$5.00 |
| 6993579 | 07/05/2023 22:00:49 | Change Housing | Automated Housing Change | | $0.00 | $26436.21 | -$5.00 |
| 6996637 | 07/06/2023 09:53:02 | Transfer Other Funds | ViaPath Phone | | -$25.00 | $26411.21 | -$5.00 |
| | | *Trust* | | | | *-$25.00* | *$0.00* |
| 6996640 | 07/06/2023 09:53:19 | Transfer Other Funds | ViaPath Phone | | -$15.00 | $26396.21 | -$5.00 |
| | | *Trust* | | | | *-$15.00* | *$0.00* |
| 7005366 | 07/08/2023 22:00:49 | Change Housing | Automated Housing Change | | $0.00 | $26396.21 | -$5.00 |
| 7008225 | 07/10/2023 11:31:00 | Transfer Other Funds | ViaPath Phone | | -$20.00 | $26376.21 | -$5.00 |
| | | *Trust* | | | | *-$20.00* | *$0.00* |
| 7015605 | 07/11/2023 22:00:33 | Change Housing | Automated Housing Change | | $0.00 | $26376.21 | -$5.00 |
| 7017462 | 07/11/2023 22:03:37 | Sale | Debit Sale | | $0.00 | $26376.21 | -$5.00 |
| 7027289 | 07/13/2023 22:01:27 | Change Housing | Automated Housing Change | | $0.00 | $26376.21 | -$5.00 |

Activity

| Task # | Date | Type | Comment | Entry # | Amount | Balance | Debt |
|---|---|---|---|---|---|---|---|
| 7031083 | 07/14/2023 22:01:35 | Change Housing | Automated Housing Change | | $0.00 | $26376.21 | -$5.00 |
| 7051096 | 07/18/2023 23:13:06 | Sale | Debit Sale | | $0.00 | $26376.21 | -$5.00 |
| Ending Balances | | | | | | $26376.21 | -$5.00 |

| Mitchell, McNutt, & Sams, P.A.<br>Carvis Lamar Johnson<br>Johnson - Settlement | Invoice Number<br>14378-000- 131775 | Invoice Date<br>05/04/2023 | Invoice Amount<br>2,000.00 |
|---|---|---|---|



05/04/2023   000020701                                                      2,000.00

---

**Mitchell, McNutt, & Sams, P.A.**
Trust Account
P.O. Box 7120
Tupelo, MS 38802-7120

**Cadence Bank**
Tupelo, Mississippi 38802
85-127/842

000020701

Date  05/04/2023     ******2,000.00

Pay  *Two Thousand and No/100 Dollars*

To the Order of:
Carvis Lamar Johnson
#109384
East MS Correctional Facility
Unit 29-G-A-Zone Cell 5
10641 Hwy 80 W
Meridian, MS 39307

⑈020701⑈ ⑆084201278⑆ 6046748⑈

LAW OFFICES
# MITCHELL, MCNUTT & SAMS
A PROFESSIONAL ASSOCIATION

| 215 FIFTH STREET NORTH<br>POST OFFICE BOX 1366<br>COLUMBUS, MISSISSIPPI 39703-1366<br>(662) 328-2316<br>FACSIMILE (662) 328-8035 | 105 SOUTH FRONT STREET<br>POST OFFICE BOX 7120<br>TUPELO, MISSISSIPPI 38802-7120<br>(662) 842-3871<br>FACSIMILE (662) 842-8450 | 22 NORTH FRONT STREET,<br>SUITE 1030<br>MEMPHIS, TENNESSEE 38103<br>(901) 527-2585<br>FACSIMILE (901) 527-2361 |

1216 VAN BUREN
POST OFFICE BOX 947
OXFORD, MISSISSIPPI 38655
(662) 234-4845
FACSIMILE (662) 234-9071

200 SOUTH MONTGOMERY STREET
SUITE 202 - 203
STARKVILLE, MS 39759
(662) 270-6283
FACSIMILE (662) 842-8450

MICHAEL CHASE
EMAIL: mchase@mitchellmcnutt.com

May 5, 2023

Carvis Lamar Johnson, #109384
East Mississippi Correctional Facility
Unit 29-G-A-Zone, Cell 5
Meridian, MS 39307

Re: Carvis Lamar Johnson v. Officer Jordan, et al.
U.S.D.C. Southern District, No. 3:20CV09-KHJ-FKB
and
Carvis Lamar Johnson v. Caption Williams, et al.
U.S.D.C. Southern District, No. 3:21CV88-KHJ-MTP

Dear Mr. Johnson:

Please find enclosed our firm's check in the amount of $2,000.00. This is being paid to you in settlement for both of the above-referenced cases. It is my understanding that the Administration will arrange for these funds to be deposited into your prisoner account.

Also enclosed is an acknowledgement of receipt of funds. I ask that you sign this in front of a witness, have the witness sign, and return it to me using the provided self-addressed postage prepaid envelope.

Sincerely

Michael Chase

MC/cdf
Enclosures